UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CIVIL ACTION NO.: 2:17-CV-40

| | | |
|---|---|---|
| BRIGGS McEWAN, LAS OLAS, INC., TRI-V CONERY, INC., TAMI LYNETTE GRAY d/b/a FAMILY WATER ADVENTURES, DANIEL SPAVENTA, KAREN FITZPATRICK and EDWIN FITZPATRICK, Individually and as representatives of a class of those similarly situated, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **NOTICE OF REMOVAL** |
| vs. | ) ) | |
| PCL CIVIL CONSTRUCTORS, INC., PCL CONSTRUCTION ENTERPRISES, INC. and PCL CONSTRUCTION SERVICES, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

Defendants, PCL Civil Constructors, Inc., PCL Construction Enterprises, Inc., and PCL Construction Services, Inc., ("Defendants"), by and through undersigned counsel and pursuant to 28 U.S.C. §§§ 1441, 1446, 1453, hereby remove this action from the Superior Court of Dare County, North Carolina to the United States District Court for the Eastern District of North Carolina, Northern Division, based on the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). In support of removal, Defendants show the Court as follows:

1.      On July 31, 2017, Plaintiffs initiated this case on behalf of themselves and proposed classes by filing a Complaint captioned *Briggs McEwan, Las Olas, Inc., Tri-V Conery, Tami Lynette Gray, TJC Enterprises, and Family Water Adventures, individually and as representatives of a class of those similarly situated v. PCL Civil Constructors, Inc., PCL*

*Construction Enterprises and PCL Construction Services, Inc.,* in the Superior Court of Dare County, North Carolina, 2017-CVS-407. On August 11, 2017, Plaintiffs filed a First Amended Complaint captioned *Briggs McEwan, Las Olas, Inc., Tri-V Conery, Tami Lynnette Gray, TJC Enterprises, and Family Water Adventures, Daniel Spaventa, Karent Fitzpatrick and Edwin Fitzpatrick, individually and as representatives of a class of those similarly situated v. PCL Civil Constructors, Inc., PCL Construction Enterprises and PCL Construction Services, Inc.* Dare County is within the Northern Division of the Eastern District of North Carolina, and venue is proper.

2.    Defendants were served with Plaintiffs' Complaint and Summons on August 3, 2017, and the First Amended Complaint and Summons on August 15, 2017. Therefore, this Notice of Removal is timely under 28 U.S.C. §§ 1446(b) and 1453(b).

3.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and filings served upon Defendants in the State court action are attached hereto as Exhibit A through D.

4.    All Defendants consent to and join in the removal of this matter.

5.    As set forth below, this action is within the original jurisdiction of this Court, and removal is therefore proper under CAFA, which gives federal courts jurisdiction over certain "class actions" as defined in 28 U.S.C. § 1332(d)(1) if the class has more than 100 members, any member of the class of plaintiffs is a citizen of a state different from any defendant, and the amount in controversy exceeds $5,000,000.00. 28 U.S.C. § 1332(d)(2), (5)(B).

6.    This action meets the CAFA definition of a "class action" which is "any civil action filed under [R]ule 23 of the Federal Rules of Civil Procedure or similar state statute or rule of judicial procedure." 28 U.S.C. §§ 1332(d)(1)(B), 1453(a), (b).

2

7.     Plaintiffs allege that the class has more than 100 members as required by 28 U.S.C. § 1332(d)(5)(B).  Plaintiffs allege that each class "is so numerous that joinder of all class members is impracticable" and that "[t]he outage has affected thousands of individuals and businesses." (Pls.' Am. Compl., ¶ 50).

8.     The required diversity of citizenship under CAFA is satisfied because "any member of a class of plaintiffs is a citizen of a State different from any defendant".  28 U.S.C. § 1332(d)(2)(A). Plaintiff Daniel Spaventa alleges that he is a citizen of Pennsylvania and owns and rents a vacation home in Salvo, North Carolina.  (Pls.' Am. Compl., ¶ 4).  Plaintiffs Karen and Edwin Fitzpartrick allege that they are residents of Shepherdstown, West Virginia.  (Pls.' Am. Compl. ¶ 5).  Plaintiffs allege that Defendants are Colorado and Florida corporations with a principal place of business located in Raleigh, North Carolina. (Pls.' Am. Compl., ¶ 6-8).

9.     Upon information and belief, the amount in controversy exceeds $5,000,000.00 in the aggregate, exclusive of interest and costs. 28 U.S.C. §§§ 1332(d)(2); s*ee* 28 U.S.C. §§ 1446(a), 1446(c)(2)(B); *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014) (holding that a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold, and evidence establishing the amount is required only when the plaintiff contests, or the court questions, the defendant's allegation).

10.     Pursuant to 28 U.S.C. § 1446(d), written notice has been properly mailed this date to Plaintiffs' attorney(s) of record and a copy of this Notice of Removal is being filed with the clerk of court for the Superior Court of Dare County, North Carolina.

**WHEREFORE**, Defendants request that this action be removed from the Superior Court of Dare County to the United States District Court for the Eastern District of North Carolina.

DATE: September 5, 2017

**YATES, McLAMB & WEYHER, L.L.P.**

By:   <u>/s/ Rodney E. Pettey</u>
RODNEY E. PETTEY
North Carolina State Bar No.: 17715
DAVID M. FOTHERGILL
North Carolina State Bar No.: 31528
ALEXANDRA L. COUCH
North Carolina State Bar No.: 45955
*Attorneys for Defendants*
Post Office Box 2889
Raleigh, North Carolina 27602
Tel: (919) 835-0900; Fax: (919) 835-0910
EMAIL: rpettey@ymwlaw.com
EMAIL: dfothergill@ymwlaw.com
EMAIL: acouch@ymwlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing was served on the following parties to this action by: ( ) hand delivery (X) by depositing a copy of the same in the United States Mail postage prepaid and addressed to:

Dennis C. Rose
M. Peebles Harrison
Rose Harrison & Gilreath, P.C.
P.O. Box 405
Kill Devil Hills, NC 27948
dennis@outerbankslaw.com
peebles@outerbankslaw.com
*Attorneys for Plaintiffs*

Mona Lisa Wallace
William M. Graham
John Hughes
Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC 28144
mwallace@wallacegraham.com
jhughes@wallacegraham.com
*Attorneys for Plaintiffs*

James R. Gilreath
The Gilreath Law Firm, P.A.
P.O. Box 2147
Greenville, SC 29602

*Attorneys for Plaintiffs*

Cheryl F. Perkins
Charles W. Whetstone, Jr.
Whetstone Perkins & Fulda, LLC
P.O. Box 8086
Columbia, SC 29202
*Attorneys for Plaintiffs*
*To be Admitted Pro Hac Vice*

This the 5th day of September, 2017

**YATES, McLAMB & WEYHER, L.L.P.**

By:  /s/ Rodney E. Pettey
RODNEY E. PETTEY
North Carolina State Bar No.:  17715
DAVID M. FOTHERGILL
North Carolina State Bar No.: 31528
ALEXANDRA L. COUCH
North Carolina State Bar No.:  45955
*Attorneys for Defendant*
Post Office Box 2889
Raleigh, North Carolina 27602
Tel:  (919) 835-0900; Fax:  (919) 835-0910
EMAIL: rpettey@ymlaw.com
EMAIL: dfothergill@ymlaw.com
EMAIL: acouch@ymlaw.com

5

6